■ ANTHONY LOSQUADRO, Appellant, v TOWN OF BROOKHAVEN, Respondent. [678 NYS2d 271] —In an action, *inter alia,* to be reimbursed for attorney's fees and legal expenses, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Cohalan, J.), dated April 8, 1997, which granted the defendant's motion to dismiss the complaint pursuant to CPLR 3211 (a) (7).

Ordered that the order is affirmed, with costs (*see, Zimmer v Town of Brookhaven,* 247 AD2d 109). Copertino, J. P., Thompson, Sullivan and Friedmann, JJ., concur.